AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, RICHARD W. | U.S. DISTRICT COURT, D.D.C. | 08/04/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
333 CONSTITUTION AVE. NW
WASHINGTON, DC 20001

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Roberts, Richard W.**

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | ▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | HARVARD LAW SCHOOL | SEP. 15-17 | CAMBRIDGE, MA | GUEST FACULTY | TRANSPORTATION, SOME MEALS. OTHER MEALS AND LODGING PROVIDED |
| 2. | NEW YORK I.P. LAWYERS ASSN. | MAR. 26-27 | NEW YORK, NY | FED. JUDICIAL DINNER | TRANSPORTATION. MEALS, AND LODGING PROVIDED |
| 3. | D.C. BAR | DEC. 7 | WASHINGTON, DC | CLE LECTURER | PARKING |
| 4. | LAWYERS WITHOUT BORDERS | NOV. 6-13 | MONROVIA, LIBERIA | ADVOCACY TRAINING | SOME MEALS AND TRANSPORTATION. OTHER MEALS AND LODGING PROVIDED |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | JUSTICE FEDERAL CREDIT UNION ACCOUNTS | B | Interest | M | T | | | | | |
| 2. | CITIBANK ACCOUNTS | C | Interest | N | T | | | | | |
| 3. | DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. | SMALL CLAIMS JUDGMENT AGAINST JOHN BOWEN | | None | J | T | | | | | |
| 5. | ▨▨▨ 401(K) (FIDELITY) | A | Int./Div. | M | T | | | | | |
| 6. | FEDERATED CAPITAL RESERVES | | None | J | T | | | | | |
| 7. | NUVEEN MULTI-STRATEGY + INC. | A | Dividend | J | T | | | | | |
| 8. | ▨▨▨ EMPLOYEE STOCK OPTIONS | | None | M | T | | 03/16/10 | K | | |
| 9. | ▨▨▨ STOCK & RESTRICTED STOCK | C | Dividend | N | T | | 02/27/10 | K | | |
| 10. | WACHOVIA ESTATE #2 ACCOUNT | | None | J | T | | | | | |
| 11. | WACHOVIA ACCOUNTS #3 | B | Interest | L | T | | | | | |
| 12. | CAPITAL WORLD GR + INC. FND (JL) | A | Dividend | J | T | | | | | |
| 13. | WASHINGTON MUT. INVR. FND (JL) | A | Dividend | J | T | | | | | |
| 14. | EUROPACIFIC GR. FND (JL) | A | Dividend | J | T | | | | | |
| 15. | EUROPACIFIC GROWTH FUND (RJ IRA) | A | Dividend | K | T | | | | | |
| 16. | FIDELITY ADVISOR NEW INSIGHTS (RJ IRA) | A | Dividend | L | T | Sold (part) | 05/18/10 | J | C | |
| 17. | FRANKLIN STRATEGIC INCOME (RJ IRA) | C | Dividend | K | T | Sold (part) | 05/20/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SHARES BARCLAYS TIP (RJ IRA) | B | Dividend | K | T | | | | | |
| 19. SHARES BARCLAYS 1-3 YEAR TREASURY (RJ IRA) | A | Dividend | K | T | | | | | |
| 20. SHARES MSCI EAFE (RJ IRA) | A | Dividend | K | T | | | | | |
| 21. JP MORGAN VALUE ADVANTAGE (RJ IRA) | B | Dividend | L | T | Sold (part) | 05/08/10 | K | D | |
| 22. VANGUARD TOTAL STOCK MARKET (RJ IRA) | B | Dividend | M | T | | | | | |
| 23. ▓▓▓ STOCK (RJ) | | None | K | T | | | | | |
| 24. CASH ACCOUNT (RJ IRA) | A | Interest | K | T | | | | | |
| 25. CASH ACCOUNT (RJ) | A | Interest | J | T | | | | | |
| 26. US TREASURY STRIP (RJ IRA) | A | Dividend | K | T | | | | | |
| 27. FIDELITY MUNICIPAL INCOME FD | B | Dividend | L | T | Buy | 01/27/10 | J | | |
| 28. | | | | | Buy | 02/18/10 | J | | |
| 29. | | | | | Buy | 03/18/10 | J | | |
| 30. | | | | | Buy | 04/20/10 | J | | |
| 31. | | | | | Buy | 05/19/10 | J | | |
| 32. | | | | | Buy | 06/18/10 | J | | |
| 33. | | | | | Buy | 07/20/10 | J | | |
| 34. | | | | | Buy | 08/04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 08/04/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 09/07/10 | J | | |
| 36. | | | | | Buy | 10/06/10 | J | | |
| 37. | | | | | Buy | 11/04/10 | J | | |
| 38. | | | | | Buy | 12/06/10 | J | | |
| 39. CENTURY LINK STOCK (RJ) (FORMERLY KNOWN AS CENTURY TEL) | B | Dividend | K | T | | | | | |
| 40. ALLY BANK | B | Int./Div. | L | T | | | | | |
| 41. DISCOVER BANK | B | Interest | L | T | | | | | |
| 42. THE GROWTH FUND OF AMERICA -529A,-654 | A | Dividend | J | T | | | | | |
| 43. NEW PERSPECTIVE -529A,-654 | A | Dividend | J | T | | | | | |
| 44. WASH. MUTUAL INV. -529A,-654 | A | Dividend | | | Sold | 07/27/10 | J | A | |
| 45. THE BOND FUND OF AMERICA -529A,-654 | B | Dividend | K | T | | | | | |
| 46. U.S. GOVERNMENT SECURITIES -529A,-654 | A | Dividend | K | T | | | | | |
| 47. AMERICAN FUND MONEY MARKET -529A,-654 | A | Dividend | J | T | | | | | |
| 48. THE GROWTH FUND OF AMERICA -529A,-651 | A | Dividend | J | T | | | | | |
| 49. NEW PERSPECTIVE -529A,-061 | A | Dividend | K | T | | | | | |
| 50. WASHINGTON MUTUAL INVESTORS -529A,-061 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including rust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. THE BOND FUND OF AMERICA -529A,-061 | B | Dividend | K | T | | | | | |
| 52. US GOVERNMENT SECURITIES -529A,-061 | A | Dividend | K | T | | | | | |
| 53. #AMERICAN FUND MONEY MARKET 529A, -061 | A | Dividend | J | T | Buy | 05/28/10 | J | | |
| 54. BLACKROCK GLOBAL ALLOCATION (RJIRA) | A | Dividend | K | T | Buy | 05/18/10 | K | | |
| 55. #FIDELITY ADVISOR FLOATING RATE (RJIRA) | A | Dividend | K | T | Buy | 05/20/10 | K | | |
| 56. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. 8. STOCK OPTIONS GRANTED PREVIOUSLY WERE EXCHANGED AND NEW OPTIONS WERE ISSUED ACCORDING TO SEVERAL RATIOS, AND SHARES WERE ALL GIVEN NEW VESTING SCHEDULES ON JUNE 17.

VII. 9. ░░░░ WAS ACQUIRED BY ░░░░ WHICH CHANGED ITS NAME TO ░░░░

VII. 8-9. BOX D(1) SHOULD BE FILLED WITH THE WORD, "GRANT."

VII. 12-14. "JL" MEANS HELD BY JOHNSTON LEMON

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **RICHARD W. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544